, 6862.  ROYAL EXCHANGE ASSURANCE OF LONDON *v.* GILMORE.

WADE, C. J.  The petition as amended shows an absolute breach of the "iron-safe clause" by the insured after the insurance policies were completed by attaching that clause to them; and consequently the court erred in overruling the demurrer and refusing to dismiss the petition. All after proceedings were nugatory, and therefore need not be considered.                    *Judgment reversed.*

DECIDED SEPTEMBER 15, 1916.

Action on insurance policies; from city court of Ashburn—Judge Tipton.  April 20, 1915.

*Smith, Hammond & Smith, Whipple & McKenzie, King & Spalding,* for plaintiff in error.

*John B. Hutcheson, J. T. Hill, F. G. Boatright,* contra.